JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiffs
Wei HUANG;
Lixin CHEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wei HUANG;<br>Linxin CHEN<br><br>                    Plaintiffs<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director of Federal<br>Bureau of Investigation<br><br>                    Defendants. | Case No.: **C07-4798 JL**<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL**<br><br><br><br><br><br>"Immigration Case" |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiffs voluntarily dismisses the above-captioned action without prejudice.

Dated:   November 16, 2007

Respectfully submitted,

Justin X. WANG, Esq.
Attorney for Plaintiffs

---

Case No.: C07-4798 JL
Notice of Voluntary Dismissal

F:\LING\Mandamus\485 Employment Based\HUANG Wei\Voluntary Dismissal.wpd